IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CV-30-D

| | |
|---|---|
| RONNETTE SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BOARD OF GOVERNORS of the | ) |
| UNIVERSITY of NORTH CAROLINA, and its | ) |
| constituent institution, NORTH CAROLINA | ) |
| STATE UNIVERSITY AT RALEIGH | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the Court on Defendants' motion for sanctions, based on Plaintiff's failure to respond or object to discovery requests. [DE-17]. On October 30, 2008, the court held a hearing in which Plaintiff asserted he would make a good faith effort to comply with the discovery requests. Accordingly, the court **DENIES** the motion, and grants Plaintiff ten days from the date of this order to comply with the outstanding discovery requests.

This the 10th day of November, 2008.

DAVID W. DANIEL

United States Magistrate Judge